# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

**U.S.A. vs. Maurice Lennell Thomas**　　　　　　　　　　　　**Docket No. 7:09-M-1266-1**

### Petition for Action on Probation

COMES NOW Djoni B. Barrett, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Maurice Lennell Thomas, who, upon an earlier plea of guilty to Simple Possession, in violation of 21 U.S.C. §844, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on April 14, 2010, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall serve 90 days in BOP custody which will be arranged by the US Probation Office.
2. The defendant shall pay a special assessment of $25 and a fine of $1,000.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for marijuana immediately following sentencing on April 14, 2010. The defendant reported to the probation officer that his drug of choice is marijuana. The probation officer is recommending imposition of a drug aftercare special condition to facilitate ongoing urinalysis and allow the defendant to participate in any recommended substance abuse treatment deemed necessary.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Maurice Lennell Thomas
Docket No. 7:09-M-1266-1
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Djoni B. Barrett
Djoni B. Barrett
U.S. Probation Officer
472-C Western Blvd.
Jacksonville, NC 28546-6862
Phone: (910) 347-9038
Executed On: June 23, 2010

## ORDER OF COURT

Considered and ordered this 23rd day of June, 2010, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge